# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2437
LT Case No. 2023-CF-2771-A

_____

DMITRI V. KOSTYUNIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

William R. Ponall and Eric J. Sorice, of Ponall Law, Maitland,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, Daytona Beach, for
Appellee.

March 10, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____